IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


United States of America,          :

       Plaintiff,                 :

    v.                             :          Case No. 2:14-cr-217(18)

Corey Roach,                       :          JUDGE MICHAEL H. WATSON

       Defendant.                 :


ORDER MODIFYING CONDITIONS OF RELEASE

Defendant Corey Roach has moved for a modification to the order setting conditions of release, which was entered in Case No. 2:14-cr-246. There is no opposition to the request. The order setting conditions of release in that case, as it applies to this case, is therefore modified as follows. Condition #9(s)(iii) requiring home incarceration is deleted. The Court adds condition #9(s)(ii), which reads as follows:

**Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer.

Further, Defendant shall reside and be subject to electronic monitoring, at 11395 Stone Creek Drive, Columbus, Ohio.

All other terms of the order setting conditions of release remain in full force and effect.


/s/ Terence P. Kemp
United States Magistrate Judge